**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT OF:** | ) | |
| | ) | **Case No.** 2:26-mj-622 |
| **ISIDRO VELASQUEZ-CONTRERAS** | ) | |
| **AKA: Omar Contreuas Velaquez** | ) | |
| **AKA: Isidro Velasquez Contreras** | ) | **Magistrate Judge Vascura** |
| **AKA: Isidro Omar Contriras Velasquez** | ) | |
| **AKA: Isidro Velasquez** | ) | |
| **AKA: Isidro Omar Velasquez** | ) | |
| **AKA: Isidro Omar Contrir Velasquez** | ) | |
| **AKA: Isidro Omar Contriras Velasquez** | ) | |
| **AKA: Isidro Velasquez-Gonzalez** | ) | |

## AFFIDAVIT OF CHANDLER JENT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement Deportation Officer, Chandler Jent, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE). I have been a Deportation Officer since December 1, 2025. I am assigned to the Columbus, Ohio Office of Enforcement and Removal Operations. I have investigated both criminal and administrative matters involving aliens in the United States.

While investigating Isidro VELASQUEZ-Contreras (VELASQUEZ-Contreras), I have learned the following facts:

2. VELASQUEZ-Contreras is a citizen of Mexico and not a citizen of the United States.

3. On or about May 17, 2011, VELASQUEZ-Contreras was arrested by ICE in Columbus, Ohio. On or about May 17, 2011, VELASQUEZ-Contreras was served Immigration Form I-862 (Notice to Appear) charging removability pursuant Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. On or about July 12, 2011, VELASQUEZ-Contreras was ordered removed by an immigration judge in Cleveland, Ohio, pursuant to Section 212(a)(6) of the Immigration and Nationality Act. VELASQUEZ-Contreras was physically removed on this order on or about August 9, 2011, via Laredo, Texas. On that day, VELASQUEZ-Contreras surrendered his fingerprint and photo for Immigration form I-294 (Warning to Alien Ordered Removed or Deported) and signed the same form. VELASQUEZ-Contreras's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-294.

4. On or about April 16, 2012, VELASQUEZ-Contreras was arrested by ICE in Columbus, OH. On or about that same date, VELASQUEZ-Contreras was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about April 24, 2012, VELASQUEZ-Contreras was physically removed on this order via Laredo, Texas. On or about that same date, VELASQUEZ-Contreras surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. VELASQUEZ-Contreras's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

5. On or about September 28, 2016, VELASQUEZ-Contreras pled guilty to one count of Domestic Violence, a First-Degree Misdemeanor, in violation of Ohio Revised Code 2919.25, Franklin County (Ohio) Municipal Court Case No. 11-CRB-010650. For this offense, a judge ordered VELASQUEZ-Contreras to serve one hundred-eighty days in jail and a term of two years of probation.

6. On or about August 15, 2019, VELASQUEZ-Contreras pled guilty to one count of Domestic Violence, a First-Degree Misdemeanor, in violation of Ohio Revised Code 2919.25, Franklin County (Ohio) Municipal Court Case No. 19-CRB-12755. For this offense, a judge ordered VELASQUEZ-Contreras to serve one hundred-eighty days in jail and a term of two years of probation.

7. On or about October 15, 2019, VELASQUEZ-Contreras was arrested by ICE in Columbus, OH. On or about that same date, VELASQUEZ-Contreras was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order).

8. On or about February 26, 2020, VELASQUEZ-Contreras pled guilty to one count of Illegal Re-entry of a removed alien, a Class E Felony, in violation of United States Code Section 1326(a), Title 18, United States District Court, Southern District of Ohio, Case No. 2:19-cr-240. For this offense, a judge ordered VELASQUEZ-Contreras to serve time served plus three days in jail and a term of three-hundred-sixty-five days of probation.

9. On or about May 12, 2020, VELASQUEZ-Contreras was physically removed on his prior removal order via Brownsville, Texas. On or about that same date, VELASQUEZ-Contreras surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. VELASQUEZ-Contreras's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

10. On or about September 18, 2026, the Columbus Police Department arrested VELASQUEZ-Contreras in Columbus, Ohio, in the Southern District of Ohio, and charged him with Domestic Violence (M1) and Assault (M1) in Franklin County (Ohio) Municipal Court Case No. 26-CRB-010719. On or about September 18, 2026, the Columbus Police Department submitted VELASQUEZ-Contreras's fingerprints to the Law Enforcement Support Center (LESC) in Williston, Vermont. The LESC queried VELASQUEZ-Contreras's fingerprints in immigration databases and confirmed VELASQUEZ-Contreras's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE Columbus

notifying ICE Columbus that VELASQUEZ-Contreras is residing in the U.S. without lawful status and VELASQUEZ-Contreras has not been granted permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter the United States.

Your Affiant submits that the foregoing facts establish probable cause that VELASQUEZ-Contreras has committed a violation of 8 U.S.C. § 1326(a) & (b)(1), in that he is an alien who has been deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; thereafter, entered, attempted to enter, or was at any time found in the United States without permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter; and whose removal was subsequent to a conviction for a felony (other than an aggravated felony).

CHANDLER W JENT

Digitally signed by CHANDLER W JENT
Date: 2026.10.06 14:24:57 -04'00'

Chandler W. Jent
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 6th day of October, 2026.

Chelsey M. Vascura
United States Magistrate Judge